# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 1247

08 APR 23 PM 3:06

DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Magistrate Docket No. _____<br>) COMPLAINT FOR VIOLATION OF:<br>) |
| Plaintiff | ) TITLE 18 U.S.C. § 1544<br>) Misuse of Passport (Felony) |
| v. | ) |
| Adrian CRISTOBAL<br>AKA: Ricky Daniel TUTHILL<br>AKA: Donnie Lynn Millsap, Jr.<br>Defendant | ) TITLE 8 U.S.C. § 1324(a)(2)(B)(ii)<br>) Bringing in Illegal Alien(s) for<br>) Financial Gain (Felony)<br>)<br>) TITLE 18 U.S.C. § 2<br>) Aiding and Abetting |

The undersigned complainant, being duly sworn, states:

### Count 1

On or about April 18, 2008, within the Southern District of California, defendant Adrian CRISTOBAL did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 307659513, issued to Ricky Daniel TUTHILL, to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Ricky Daniel TUTHILL, that the passport was not issued or designed for his use; in violation of Title 18, United States Code, Section 1544.

### Count 2

On or about April 21, 2008, within the Southern District of California, defendant Adrian CRISTOBAL did knowingly and willfully use a passport issued or designed for the use of another, with the intent to gain admission into the United States in the following manner, to wit: Defendant applied for entry to the United States by presenting US passport number 426423996, issued to Donnie Lynn MILSAP, JR., to a Department of Homeland Security, Customs and Border Protection Officer at the San Ysidro Port of Entry, knowing full well that he was not Donnie Lynn MILSAP, JR., that the passport was not issued or designed for his use; in violation of Title 18, United States Code, Section 1544.

### Count 3

On or about April 21, 2008, within the Southern District of California, defendant Adrian CRISTOBAL, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alejandro HERNANDEZ ARCE, Andres MENDOZA CAJICA, and Eric Ernesto MACEDO PICHARDO, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

*[signature]*
Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service

SWORN AND SUBSCRIBED TO before me
This _____23rd_____ day of ____April____, 2008.

_____*[signature]*_____ UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT & STATEMENT OF FACTS**

I, Richard Michael Escott, being duly sworn, declare under penalty of perjury that the following statement is true and correct:

1. I am a Senior Special Agent (SSA) with the U.S. Department of State, Diplomatic Security Service (DSS) assigned to the San Diego, CA Resident Office. I have been so employed for eight years and have investigated numerous violations involving the false application for and misuse of United States Passports and Visas.

2. During the performance of my duties, I have obtained evidence that Adrian CRISTOBAL used a passport issued for the use of another on two occasions and smuggled aliens for financial gain. This Affidavit is made in support of a complaint against Adrian CRISTOBAL for violations of Title 18, U.S.C., Section 1544, Misuse of a Passport; Title 8 U.S.C., Section 1324(a)(2)(B)(ii), Bringing in Alien for Financial Gain; and Title 18, U.S.C., Section 2, Aiding and Abetting.

3. The Affiant states that Alejandro HERNANDEZ ARCE, Andres MENDOZA CAJICA, and Eric Ernesto MACEDO PICHARDO are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

4. On 04/21/2008, at approximately 1800 hours, Adrian CRISTOBAL, who was driving a vehicle, presented himself to a Department of Homeland Security, Customs and Border Protection (CBP) Officer at the vehicle lines of the San Yisdro Port of Entry, to apply for admission into the United States. DEFENDANT identified himself with US Passport number 426423996, bearing the name Donnie Lynn MILLSAP, JR., DPOB 08/27/1981, California, U.S.A., and a photograph of DEFENDANT. Upon questioning, DEFENDANT admitted that he had aliens concealed in the bed of the truck. DEFENDANT was detained and the vehicle was taken for secondary inspection.

5. On 04/21/2008, a CBP Officer conducted a secondary inspection of the vehicle and found that there were 6 undocumented aliens concealed in the vehicle. All admitted being citizens of Mexico with no entitlements to enter the United States. Three of the six individuals were retained as Material Witnesses. The Material Witnesses are identified as Alejandro HERNANDEZ ARCE (MW1), Andres MENDOZA CAJICA (MW2), and Eric Ernesto MACEDO PICHARDO (MW3).

6. On 04/21/2008, a CBP Officer conducted a secondary inspection of DEFENDANT. Examination of the US Passport presented revealed that it had been photo-altered. Record checks of the vehicle determined that it had been reported stolen. Fingerprint checks revealed that DEFENDANT's true name was Adrian CRISTOBAL, and that he had been detained 3 days prior, on 04/18/2008, at the San Ysidro Port of Entry for driving a stolen vehicle, using a photo-altered US Passport, and attempting to smuggle 9 undocumented persons that were concealed in the vehicle.

7. On 04/21/2008, at approximately 1900 hours, the Affiant was notified by the CBP from the San Yisdro Port of Entry, of the case. Affiant recovered US Passport number 307659513, bearing the name

Ricky Daniel TUTHILL, and US Passport number 426423996, bearing the name Donnie Lynn MILLSAP, JR., both with photographs of DEFENDANT, from CBP. Record checks of the passport applications and examination of the passports confirmed that both passports did not show the original photographs that were printed on the passports when they were issued. VICTIM, Donnie Lynn MILLSAP, JR., was contacted by Affiant. VICTIM stated that his passport, along with other items, was stolen in Tijuana, Mexico when his vehicle was burglarized.

8.     On 04/21/2008, at approximately 2220 hours, DEFENDANT was retrieved from his cell and was brought to an upstairs interview room. The Affiant, assisted by a CBP Officer, obtained consent from DEFENDANT to have his interview audio and video taped. DEFENDANT read his Miranda warning aloud in English from a written copy. He indicated that he understood and waived his right to counsel. He admitted that his true name was Adrian CRISTOBAL, DPOB 08/31/1980, Los Angeles, California.

9.     DEFENDANT admitted that he was employed by a smuggling organization and was compensated financially in the amount of $250 per undocumented person, to drive a vehicle with the aliens concealed, from Mexico to the United States. He stated that he knew that the smuggling organization mostly utilized stolen vehicles to smuggle aliens. He also stated that the smuggling organization provided him false identification and vehicle registration documents.

10.    DEFENDANT admitted that on 04/18/2008 he drove a vehicle that he knew contained 9 undocumented persons concealed within the vehicle. He said that the smuggling organization provided him with what he knew to be photo-altered and otherwise altered US Passport, number 307659513, bearing the name Ricky Daniel TUTHILL. He was also provided with a California Driver License and California Vehicle Registration with the same name. DEFENDANT said that when he pulled up to the inspection booth at the San Ysidro Port of Entry he presented the passport provided by the smuggler to a CBP, as his identification document, to apply for admission into the United States. DEFENDANT admitted knowing that the passport was not issued or designed for his use.

11.    DEFENDANT was released by CBP, and subsequently contacted the smuggling organization in order to solicit more work smuggling aliens. On 04/21/2008, DEFENDANT stated that again, in exchange for the financial compensation of $250 per undocumented person, he agreed to drive a vehicle to smuggle aliens from Mexico to the United States. DEFENDANT admitted to being provided photo-altered US passport number 426423996 in the identity of Donnie Lynn MILLSAP, JR., along with a counterfeit California Driver License, and counterfeit California Vehicle Registration. DEFENDANT admitted that he was provided a vehicle, which he noticed had a damaged ignition and rear lock. DEFENDANT stated that he watched as the undocumented persons were placed in the back of the truck and concealed. DEFENDANT then drove the vehicle that he knew contained 6 undocumented persons concealed within the vehicle from Tijuana, Mexico to the San Ysidro Port of Entry. DEFENDANT said that when they pulled up to the inspection booth at the San Ysidro Port of Entry he presented the passport provided by the smuggler to a CBP Officer, as his identification document, to apply for admission into the United States. DEFENDANT admitted knowing that the passport was not issued or designed for his use.

12.    On 04/21/2008, a videotaped interview was conducted with the Material Witnesses. Material Witnesses stated that they are citizens of Mexico and that they have no documents to lawfully enter the United States. Material Witnesses stated that they made individual arrangements directly with unknown

smugglers in Tijuana, Mexico and were to pay smuggling fees of $3,500 USD upon successfully being smuggled into the United States. Material Witnesses admitted their intention was to travel to Santa Barbara, CA or San Diego, CA for the purpose of residing and seeking employment.

13. On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offenses on 04/18/2008 - in violation of Title18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Ricky Daniel TUTHILL, knowing that it was not issued or designed for his use, in order to gain admission into the United States; and on 04/21/2008 - in violation of Title18, United States Code, Section 1544: Misuse of a passport - when he knowingly and willfully used the passport belonging to another, Donnie Lynn MILLSAP, JR., knowing that it was not issued or designed for his use, in order to gain admission into the United States and Title 8 United States Code 1324(a)(2)(B)(ii), Bringing in Alien for Financial Gain; and Title 18, U.S.C., Section 2, Aiding and Abetting, when he, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, MW1, MW2, and MW3, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain

Richard M. Escott
Senior Special Agent
U.S. Department of State
Diplomatic Security Service