UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> Plaintiff </br> vs. </br> **Adrian Cristobal** </br> Defendant(s) | CRIMINAL NO. **08mj1247** </br> ORDER </br> RELEASING MATERIAL WITNESS </br> Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

**Alejandro Hernandez-Arce**

DATED: **5-6-08**

**JAN M. ADLER**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by **RRhone**

Deputy Clerk